UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
RUBY SINGCO,

              Plaintiff,                        Civil Action No.:

    - Against -                         **RULE 7.1 STATEMENT OF DEFENDANT USF INSURANCE COMPANY**

USF INSURANCE COMPANY,

              Defendant.
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for USF Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE.

Dated: September 20, 2007              **MORGAN MELHUISH ABRUTYN**

                                                BY: _____
                                                    JOSEPH DeDONATO [JD 7319]
                                                    39 Broadway, 35th Floor
                                                    New York, New York 10006
                                                    (212) 809-1111
                                                    Attorneys for Defendant
                                                    USF INSURANCE COMPANY

TO:
MARK E. SEITELMAN LAW OFFICES, P.C.
111 Broadway – 9th Floor
New York, New York 10006
(212) 962-2626
Attorneys for Plaintiff

455828