UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
RUBY SINGCO,

               Plaintiff,                        Civil Action No.:

   - Against -                             **RULE 7.1 STATEMENT OF**
                                                    **DEFENDANT USF**
USF INSURANCE COMPANY,             **INSURANCE COMPANY**

              Defendant.
-----------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for USF Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     NONE.

Dated:  September 20, 2007                **MORGAN MELHUISH ABRUTYN**

                                                          BY: _____
                                                               JOSEPH DeDONATO [JD 7319]
                                                               39 Broadway, 35th Floor
                                                               New York, New York 10006
                                                               (212) 809-1111
                                                               Attorneys for Defendant
                                                               USF INSURANCE COMPANY

TO:
MARK E. SEITELMAN LAW OFFICES, P.C.
111 Broadway – 9th Floor
New York, New York 10006
(212) 962-2626
Attorneys for Plaintiff

455828