## DECLARATION OF SERVICE

I certify, under penalty of perjury to 28 U.S.C. Section 1746, that copies of the foregoing **Notice of Removal, Civil Cover Sheet, Verified Answer and Disclosure Statement Pursuant to FRCP 7.1** were sent via Fedex Overnight Delivery to:

Clerk, Supreme Court of New York
New York County
60 Centre Street
New York, New York 10007
(Index No.: 111417/07)

MARK E. SEITELMAN LAW OFFICES, P.C.
111 Broadway – 9th Floor
New York, New York 10006
(212) 962-2626
Attorneys for Plaintiff

_____
DONNA T. LOCKARD

Dated: September 21, 2007