UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**07 CV 8358**   ECF

Singo v.  USF Ins. Co.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

_07_ Civ. _8358_ (BSJ)(THK)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

___  Habeas Corpus

___  Social Security

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:       New York, New York
                       11/13/07

                                                 United States District Judge