```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Ruby Singco                         :
                                    :
                    Plaintiff,      :
                                    :    07 Civ. 08358 (BSJ)(THK)
        -against-                   :
                                    :    SCHEDULING ORDER
USF Insurance,                      :
                                    :
                    Defendant.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this court for general pretrial supervision; it is hereby ORDERED:

1. All fact discovery shall be completed by June 23, 2008.

2. Dispositive motions, if any, shall be filed by July 14, 2008; any opposition shall be filed by August 4, 2008; and any reply shall be filed by August 14, 2008.

3. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

                                                THEODORE H. KATZ
                                          UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2008
       New York, New York