```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X    07 Civ. 08358 (BSJ) (THK)
RUBY SINGCO,

                Plaintiff,

        -against-                      NOTICE OF APPEARANCE

USF INSURANCE COMPANY,

                Defendant.
---------------------------------X
```

**PLEASE TAKE NOTICE**, that the undersigned hereby appears in this action as the attorney for the plaintiff herein.

Dated:   New York, New York
         January 22, 2008

                                    Yours, etc.

                                    MARK E. SEITELMAN LAW OFFICES, P.C.

                                    By: _____
                                        Michael Goldfarb (MG-2615)
                                        Attorney for Plaintiff
                                        111 Broadway, 9th Floor
                                        New York, New York 10006
                                        (212) 962-2626
                                        File No.: 02-0107
                                    s/DONALD D. CASALE (DDC-7207)

To:  MORGAN MELHUISH ABRUTYN
     Attorneys for Defendant
     39 Broadway, 35th Floor
     New York, New York 10006
     (212) 809-1111
     File No.: USY 28-310 JDD

STATE OF NEW YORK      }
                       } ss.:
COUNTY OF NEW YORK     }

**Sherry Heckstall**, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

On January 22, 2008, I served a true copy of the annexed NOTICE OF APPEARANCE by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

```
           MORGAN, MELHUISH, & ABRUTYN
              Attorneys for Defendant
               USF INSURANCE COMPANY
                     39 Broadway
                  New York, NY 10004
                    (212)809-1111
                    (212)509-3422
                File No. USY 28-310 JDD
```

_____
                Sherry Heckstall

Sworn to before me this
22 day of January, 2008

_____
       Notary Public

NICHOLAS A. CHIVILY
NOTARY ... New York
Commission Expires 12-03-10