Mar. 28. 2008 9:16AM                                                                No. 3640  P. 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RUBY SINGCO,

                Plaintiff,

-against-

USF INSURANCE COMPANY,

                Defendant.
------------------------------------X

STIPULATION OF DISCONTINUANCE

Civil Action No.:
07 CIV. 08358
(BSJ)(THK)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is discontinued, with prejudice, and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice, and an order to that effect may be entered without further notice.

Dated: New York, New York
       March 17, 2008

MICHAEL GOLDFARB
MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
RUBY SINGCO
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2626
Our File No. 02-0107

JOSEPH DEDONATO
MORGAN, MELHUISH, & ABRUTYN
Attorneys for Defendant
USF INSURANCE COMPANY
39 Broadway
New York, NY 10004
(212) 809-1111
File No.: USY28-310UJDD

SO ORDERED:

_____
U.S.D.J.

4/17/08